UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | ) | CIVIL ACTION |
| | ) | NO. 1:04-CV-10651-DPW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE BLACK & DECKER CORPORATION, BLACK & DECKER, INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART INDUSTRIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS
OF TWENTY PAGES (ASSENTED TO)

Defendants move, pursuant to Local Rule 7.1(B)(4), that they be allowed to file a memorandum of more than twenty pages. That memorandum, the April 2004 Supplemental Memorandum of Black & Decker in Support of Its Motion for Partial Summary Judgment Farrel/SHW Claim, is filed herewith. For good cause, defendants state that a memorandum in excess of twenty pages is appropriate to address the issues that are pending before the Court in connection with said summary judgment motion.

Counsel for plaintiff has assented to the filing by defendants of a memorandum of more than twenty pages; however, it is the position of counsel for plaintiff that no such memorandum is due at this time.

By their attorneys,

/s/Richard L. Binder
Jack R. Pirozzolo,  BBO# 400400
Richard L. Binder, BBO# 043240
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470