# EXHIBIT E

# BLACK'S LAW DICTIONARY®

Definitions of the Terms and Phrases of American and English Jurisprudence, Ancient and Modern

By

HENRY CAMPBELL BLACK, M. A.

**SIXTH EDITION**

**BY**

**THE PUBLISHER'S EDITORIAL STAFF**

Coauthors

**JOSEPH R. NOLAN**

Associate Justice, Massachusetts Supreme Judicial Court

and

**JACQUELINE M. NOLAN-HALEY**

Associate Clinical Professor,
Fordham University School of Law

---

Contributing Authors

**M. J. CONNOLLY**

Associate Professor (Linguistics),
College of Arts & Sciences, Boston College

**STEPHEN C. HICKS**

Professor of Law, Suffolk University
Law School, Boston, MA

**MARTINA N. ALIBRANDI**

Certified Public Accountant, Bolton, MA

ST. PAUL, MINN.
WEST PUBLISHING CO.
1990

term in a document, Atlas Ready-Mix of Minot, Inc. v. White Properties, Inc., N.D., 306 N.W.2d 212, 220; when application of pertinent rules of interpretation to an instrument as a whole fails to make certain which one of two or more meanings is conveyed by the words employed by the parties, Wood v. Hatcher, 199 Kan. 238, 428 P.2d 799, 803.

Language in contract is "ambiguous" when it is reasonably capable of being understood in more than one sense. City of Sioux Falls v. Henry Carlson Co., Inc., S.D., 258 N.W.2d 676, 679. Test for determining whether a contract is "ambiguous" is whether reasonable persons would find the contract subject to more than one interpretation. Tastee-Freez Leasing Corp. v. Milwid, Ind.App., 365 N.E.2d 1388, 1390.

Ambiguity of language is to be distinguished from unintelligibility and inaccuracy, for words cannot be said to be ambiguous unless their signification seems doubtful and uncertain to persons of competent skill and knowledge to understand them. It does not include uncertainty arising from the use of peculiar words, or of common words in a peculiar sense. It is *latent* where the language employed is clear and intelligible and suggests but a single meaning, but some extrinsic fact or extraneous evidence creates a necessity for interpretation or a choice among two or more possible meanings, as where a description apparently plain and unambiguous is shown to fit different pieces of property. Logue v. Von Almen, 379 Ill. 208, 40 N.E.2d 73, 82. A *patent* ambiguity is that which appears on the face of the instrument, and arises from the defective, obscure, or insensible language used.

**Ambiguity upon the factum.** An ambiguity in relation to the very foundation of the instrument itself, as distinguished from an ambiguity in regard to the construction of its terms. The term is applied, for instance, to a doubt as to whether a testator meant a particular clause to be a part of the will, or whether it was introduced with his knowledge, or whether a codicil was meant to republish a former will, or whether the residuary clause was accidentally omitted.

**Ambiguous.** *See* Ambiguity.

**Ambiguum pactum contra venditorem interpretandum est** /æ̀mbígyuwəm pǽktəm kóntrə vèndətórəm intə̀rprətǽndəm ést/. An ambiguous contract is to be interpreted against the seller.

**Ambiguum placitum interpretari debet contra proferentem** /æ̀mbígyuwəm plǽsətəm intə̀rprətéray débət kóntrə prò̀fəréntəm/. An ambiguous plea ought to be interpreted against the party pleading it.

**Ambit.** A boundary line, as going around a place; an exterior or inclosing line or limit. The limits or circumference of a power or jurisdiction; the line circumscribing any subject-matter.

**Ambitus** /ǽmbətəs/. The procuring of a public office by money or gifts; the unlawful buying and selling of a public office.

**Amblotic** /æmblótək/. Having the power to cause abortion; anything used to produce abortion.

**Ambulance chaser.** A popular name for one who solicits negligence cases for an attorney for a fee or in consideration of a percentage of the recovery. Also, a term descriptive of the practice of some attorneys, on hearing of a personal injury which may have been caused by the negligence or wrongful act of another, of at once seeking out the injured person with a view to securing authority to bring action on account of the injury. Laymen's acquainting themselves with occurrence of accidents and approaching injured persons or their representatives with a view toward soliciting employment for an attorney in the litigation arising from the accident. *See also* Runner.

**Ambulatoria est voluntas defuncti usque ad vitæ supremum exitum** /æ̀mbyələtóriyə èst volə́ntæs dəfə́ŋktay ə́skwiy æ̀d váytiy s(y)əpríyməm égzítəm/. The will of a deceased person was ambulatory until the latest moment of life.

**Ambulatory.** Lat. *ambulare,* to walk about. Movable; revocable; subject to change; capable of alteration.

*Ambulatoria voluntas* (a changeable will) denotes the power which a testator possesses of altering his will during his life-time.

*Courts.* The court of king's bench in England was formerly called an ambulatory court, because it followed the king's person, and was held sometimes in one place and sometimes in another. So, in France, the supreme court or parliament was originally ambulatory. 3 Bl. Comm. 38, 39, 41.

**Ambulatory disposition.** A judgment, decree, or sentence which is subject to change, amendment or revocation.

**Ambush.** To lie in wait, to surprise, to place in ambush.

**A me** /èy míy/. Lat. *ego,* I. A term in feudal grants denoting direct tenure of the superior lord. Unjustly detaining from me. He is said to withhold *a me* (from me) who has obtained possession of my property unjustly. To pay *a me,* is to pay from my money.

**Ameliorating waste** /əmíyl(i)yəreytiŋ wéyst/. An act of lessee, though technically constituting waste, yet in fact resulting in improving instead of doing injury to land. Generally, equity will not enjoin such waste.

**Ameliorations** /əmìyl(i)yəréyshənz/. Betterments; improvements.

**Amenable** /əmíynəbəl/°mén°/. Subject to answer to the law; accountable; responsible; liable to punishment.

Also means tractable, that may be easily led or governed; formerly applied to a wife who was governable by her husband.

**Amend.** To improve. To change for the better by removing defects or faults. To change, correct, revise. Texas Co. v. Fort, 168 Tenn. 679, 80 S.W.2d 658, 660. *See* Amendment.

**Amende honorable** /əmónd onərábəl/. An apology. In old English law, it was a penalty imposed upon a person by way of disgrace or infamy, as a punishment for any offense, or for the purpose of making reparation for any injury done to another, as the walking into church in a white sheet, with a rope about the neck and a torch in the hand, and begging the pardon of God, or the king, or any private individual, for some delinquency. A punishment somewhat similar to this, which bore the same name, was common in France for offenses against public decency or morality. It was abolished by the law of the 25th of September, 1791. In 1826 it was re-introduced in cases of sacrilege and was finally abolished in 1830.

**Amendment.** To change or modify for the better. To alter by modification, deletion, or addition.

*Practice and pleading.* The correction of an error committed in any process, pleading, or proceeding at law, or in equity, and which is done either as of course, or by the consent of parties, or upon motion to the court in which the proceeding is pending. Under Fed.R.Civil P., any change in pleadings, though not necessarily a correction, which a party may accomplish once as a matter of course at any time before a responsive pleading has been served. Such amendment may be necessary to cause pleadings to conform to evidence. Rule 15(a), (b). The amendment relates back to the original pleading if the subject of it arose out of the transaction set forth or attempted to be set forth in the original pleading. Fed. R.Civil P. 15(c). *Compare* Supplemental pleading.

**Amendment of judgment.** A judgment may be altered or amended for appropriate reasons on motion if served within ten days after entry of judgment. Fed.R.Civ.P. 59(e). See also Rule 60 (Relief from judgment or order).

**Amendment of trust.** An addition which alters the original terms of a trust, the power to accomplish which may be reserved by the settlor in the original trust instrument.

**Amendment on court's own motion.** A change or addition to a pleading or other document accomplished by the judge without a prior motion of a party.

**Amends.** A satisfaction given by a wrongdoer to the party injured, for a wrong committed.

**Amenity** /əménitiy/. In real property law, such circumstances, in regard to situation, view, location, access to a water course, or the like, as enhance the pleasantness or desirability of the property for purposes of residence, or contribute to the pleasure and enjoyment of the occupants, rather than to their indispensable needs. Extras or intangible items often associated with property. They may be tangible. Often amenities in a condominium include swimming pools, landscaping, and tennis courts.

In the law of *easements*, an "amenity" consists in restraining the owner from doing that on his property which, but for the grant or covenant, he might otherwise lawfully have done. Sometimes called a "negative easement" as distinguished from that class of easements which compel the owner to suffer something to be done on his property by another. Equitable Life Assur. Soc. v. Brennan, 30 Abb.N.C. 260, 24 N.Y.S. 784, 788. A restrictive covenant. South Buffalo Stores v. W. T. Grant Co., 153 Misc. 76, 274 N.Y.S. 549, 555.

**Amens** /éymenz/. *See* Demens.

**A mensa et thoro** /èy ménsə et θórow/. Lat. From table and bed, but more commonly translated, from bed and board. A kind of divorce, which is rather a separation of the parties by law, than a dissolution of the marriage. *See* Separation.

**Amentia.** Insanity; idiocy. *See* Insanity.

**Amerce** /əmə́rs/. To impose an amercement or fine; to punish by a fine or penalty.

**Amercement** /əmə́rsmənt/. A money penalty in the nature of a fine imposed upon an officer for some misconduct or neglect of duty. Sherman v. Upton, Inc., S.D., 242 N.W.2d 666, 667. At common law, it was assessed by the peers of the delinquent, or the affeerors, or imposed arbitrarily at the discretion of the court or the lord.

Early common law required complainant who lost his suit to pay his opponent "wer," monetary penalty which varied with the complainant's status, but after Norman conquest, wer gave way to "amercement," a more flexible sanction paid to court, the amount of which, at least in theory, varied according to the wrongfulness of complainant's conduct. Friedman v. Dozorc, 412 Mich. 1, 312 N.W.2d 585, 595.

**American.** Of or pertaining to the United States.

**American Arbitration Association.** National organization of arbitrators from whose panel arbitrators are selected for labor and commercial disputes. The Association has produced a Code of Ethics and Procedural Standards for use and guidance of arbitrators. *See* Arbitration.

**American Bar Association.** A National association of lawyers, a primary purpose of which is the improvement of lawyers' services and the administration of justice. Membership in the ABA is open to any lawyer who is in good standing in his or her state.

**American Bar Foundation.** An outgrowth of the American Bar Association involved with sponsoring and funding projects in legal research, education and social studies.

**American clause.** In marine insurance, a proviso in a policy to the effect that, in case of any subsequent insurance, the insurer shall nevertheless be answerable for the full extent of the sum subscribed by him, without right to claim contribution from subsequent underwriters.

**American digest system.** *See* Digest.

**American experience table of mortality.** A series of tables dealing with life insurance, costs and values, varying according to the age of the insured, the period during which the policy has been in force, and the term of the particular policy.

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

## UNABRIDGED

A Merriam-Webster
REG. U. S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER EDITORIAL STAFF

MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.

**²amen** \" *also* 'ə,ə\ *n* -s [ME, fr. *amen*, interj.] **:** a response esp. of ratification, approval, conclusion, or termination ⟨as a sort of ~ to that, nine nations quickly recognized the new regime —*Time*⟩ ⟨he paused for a response of ~*s* —M.L. Bach⟩ ⟨responses including chants, doxologies, and ~*s* —Dwight Weldy⟩

**ame·na·bil·i·ty** \ə,mēnə'biləd-ē, -ətē, -i *also* -en-\ *n* -ES **:** the quality or state of being amenable **:** TRACTABLENESS

**ame·na·ble** \ə'ə nəbəl\ *adj* [prob. fr. (assumed) AF *amenable*, fr. MF *amener* to lead up, bring (fr. OF, fr. *a-* — fr. L *ad-* — + *mener* to lead, fr. L *minare* to drive, fr. *minari* to threaten) + *-able* — more at MOUNT] **1 a :** liable to be brought to account or judgment **:** liable to the legal authority of **:** ANSWERABLE, ACCOUNTABLE ⟨is it to be contended that the heads of departments are not ~ to the laws —John Marshall⟩ ⟨offenses ~ to the ecclesiastical judicature —Herman Melville⟩ **b :** liable to a claim or charge ⟨was ~ to the accusation⟩ **2 a :** capable of submission (as to a judgment or test) ⟨~ to the comparatively small-scale form of enquiry —K.E.Read⟩ ⟨~ data⟩ **b :** readily brought to yield or submit **:** RESPONSIVE, TRACTABLE ⟨a personality ~ to our desires —Mary Austin⟩ ⟨an ~ view on matters of mutual concern —Robert Trumbull⟩ **syn** see OBEDIENT, RESPONSIBLE

**ame·na·bly** \-blē, -i\ *adv* **:** in an amenable manner

**amenance** *n* -s [AF, action of bringing, fr. MF *amener* + *-ance*] *obs* **:** BEHAVIOR, BEARING

**amen corner** \'ā,men- *sometimes* 'ä,- *or* 'å,-\ *n* **:** a corner in a church near the pulpit formerly occupied by those leading in the responsive amens **:** a conspicuous corner occupied by fervent worshipers

**amend** \ə'mend\ *vb* -ED/-ING/-S [ME *amenden*, fr. OF *amender*, modif. (influenced by L *ad-*) of L *emendare*, fr. *e*, *ex* out + *-mendare* (fr. *menda* fault); akin to L *mendax* lying, false, *mendicus* beggar, Skt *mindā* physical defect] *vt* **1** *obs* **:** to reform, convert, or make better esp. in character ⟨may God ~ these sinful people⟩ **2** *archaic* **:** REPAIR, RESTORE, MEND **3 a :** to put right **:** CORRECT, RECTIFY ⟨~ such flaws⟩; *specif* **:** to make emendations in (as a text) **b** *archaic* **:** HEAL, CURE **c** (1) **:** to change or modify in any way for the better **:** IMPROVE, BETTER ⟨~ our situation⟩ (2) **:** to change or alter in any way esp. in phraseology ⟨~ a remark⟩; *specif* **:** to alter (as a motion, bill, or law) formally by modification, deletion, or addition ⟨~ the constitution⟩ **4** *obs* **:** to make amends or reparation for ~ *vi* **1 :** to reform oneself **:** become better by rectifying manners or morals ⟨when will you ~⟩ **2** *obs* **:** to recover from illness **3** *obs* **:** to become better **:** IMPROVE **syn** see CORRECT

**amend·a·ble** \-əbəl\ *adj* **:** capable of being amended

**amend·a·to·ry** \-ə,tōrē, -ôr-, -ri\ *adj* [*amend* + *-atory* (as in *emendatory*)] **:** designed or serving to amend **:** effecting amendment **:** CORRECTIVE

**amende ho·no·ra·ble** \àmäⁿdònòrȧbl°, -b(lə)\ *n*, *pl* **amendes honorables** \"\ [F, lit., honorable reparation] **:** reparation for a crime or injury formerly consisting in such a formal and humiliating acknowledgment of offense and apology as will restore the injured or offended honor of the one wronged; *broadly* **:** a full acknowledgment of error with apology

**amend·ment** \ə'menmənt *also* -ndm-\ *n* -s [ME, fr. OF *amendement*, fr. *amender* to amend + *-ment* — more at AMEND] **1 :** act of amending esp. for the better **:** correction of a fault or faults **:** reformation (as of one's life) **2 :** a substance (as lime) that aids plant growth indirectly by improving the chemical condition of the soil (as by neutralizing soil acidity) **3 a :** the process of amending (as a motion, bill, act, or constitution) ⟨a well-drawn constitution will provide for its own ~ —C.J.Friedrich⟩ **b :** an alteration proposed or effected by such process ⟨the prohibition ~⟩

**¹amends** \ə'men(d)z\ *pres 3d sing of* AMEND

**²amends** \"\ *n pl but usu sing in constr* [ME *amendes*, fr. OF, pl. of *amende* reparation, fr. *amender*] **1 :** compensation for a loss or injury **:** RECOMPENSE, REPARATION ⟨gesture which one hopes is the beginning of some fuller ~ —Virgil Thomson⟩ — rarely in sing. ⟨pay an *amend* of 50 pounds to the injured person⟩; often used with *make* ⟨he is ashamed and wants to make ~ —Glenway Wescott⟩ **2** *obs* **:** IMPROVEMENT **:** AMENDMENT

**amene** \ə'mēn\ *adj* [ME, fr. L *amoenus*, perh. akin to *amare* to love — more at AMATEUR] *archaic* **:** AGREEABLE, PLEASING

**¹amen·i·ty** \ə'menəd-ē, -ēn-, -ətē, -i\ *n* -ES [ME *amenite*, fr. L *amoenitat-*, *amoenitas*, fr. *amoenus* pleasant + *-itat-*, *-itas* -ity; prob. akin to L *amare* to love — more at AMATEUR] **1 a :** the quality of being pleasant or agreeable (as in situation or climate or in manners or disposition) ⟨the ~ of the countryside⟩ ⟨large houses are divided up into smaller rooms with a lower standard of ~ —Stuart Piggott⟩ ⟨his ~ of temper⟩ **b** (1) **:** the attractiveness and aesthetic or nonmonetary value of real estate or of any structure for purely residential use ⟨woods . . . of which a good deal is capable of immediate realization without in the least detracting from the ~ —*Financial Times*⟩ (2) **:** a feature (as architectural distinction or desirability of location) conducive to such attractiveness and value ⟨the speculative builder who wants to put up a house regardless of its effect on the *amenities* —*Manchester Guardian Weekly*⟩ **2 a :** a feature, trait, or characteristic that makes for pleasantness ⟨the *amenities* of literature⟩ **b :** something that conduces to physical or material comfort or convenience or to a pleasant and agreeable life ⟨*amenities* like shops and community

*amentum* ament + *-i-* + *-ferae* (fem. pl. of *-fer*) — more at AMENT] *in some classifications* **:** a group, class, or other category including the dicotyledonous plants that bear aments

**am·en·tif·er·ous** \¦ə¦ə¦ə f(ə)rəs\ *adj* [ISV ¹*ament* + *-i-* + *-ferous*] **:** bearing aments

**amen·ti·form** \a'mentə,fôrm, ā'-, ə'-\ *adj* [¹*ament* + *-iform*] **:** having the shape of an ament

**amen·tum** \ə'mentəm\ *n*, *pl* **amen·ta** \-tə\ [L — more at AMENT] **:** a thong or cord attached to a javelin for aid in casting

**amer-** *or* **amero-** *comb form*, *cap* [*American*] **:** American ⟨*Amerophile*⟩ **:** American and ⟨*Amerasian*⟩

**am·era** \'amərə\ *n pl*, *cap* [NL, fr. ²*a-* + *-mera* (fr. Gk *meros* part)] *in certain classifications* **:** a major division of invertebrate animals comprising unsegmented more or less wormlike forms (as Platyhelminthes, Nemathelminthes, and certain Bryozoa) — compare OLIGOMERA, POLYMERA

**amerce** \ə'mərs, -ōs,-əis\ *vt* -ED/-ING/-S [ME *amercien*, fr. AF *amercier*, fr. OF *a merci* at (one's) mercy, fr. *a-* (fr. L *ad-*) + *merci* mercy — more at MERCY] **:** to punish by a pecuniary penalty the amount of which is not fixed by law but is left to the discretion of the court ⟨the court *amerced* the criminal in the sum of $100⟩; *broadly* **:** PUNISH

**amerce·ment** \-mənt\ *n* -s [ME *amerciment*, *amerciament*, fr. AF, fr. *amercier* + OF *-ment*] **:** the infliction of a penalty at the discretion of the court; *also* **:** a mulct or penalty thus imposed — compare AFFEER

**amer·ci·a·ble** \ə'əsēəbəl, -shəb-\ *adj* [alter. (influenced by *amerciament*) of earlier *amerceable*, fr. *amerce* + *-able*] **:** punishable by amercement

**amer·ci·a·ment** \-sēəmənt, -shəm-\ *n* -s [ME — more at AMERCEMENT] *archaic* **:** AMERCEMENT

**amer·i·ca** \ə'merəkə *also* -rē-\ *adj*, *usu cap* [fr. *America*, the continental region, fr. NL, after *Americus* Vespucius, Latinized form of Amerigo Vespucci †1512 Ital. navigator once believed to be its discoverer] **1 :** of or from No. America or So. America **:** of the kind or style prevalent in No. America or So. America **:** AMERICAN 1 **2 :** of or from the U.S. **:** of the kind or style prevalent in the U.S. **:** AMERICAN 2

**¹amer·i·can** \-kən\ *n* -s *cap* [*America*, the continental region + E *-an*] **1 :** an Indian of No. America or So. America **2 :** a native or inhabitant of No. America or So. America — usu. used with a qualifying adjective ⟨Latin *Americans*⟩ ⟨North *Americans*⟩ of all except inhabitants of the U.S. **3 :** a citizen of the U.S. **4 :** AMERICAN ENGLISH

**²american** \"\ *adj*, *usu cap* **1 :** belonging to, inhabiting, coming from, or forming part of America ⟨*American* waters⟩ ⟨an *American* people⟩ ⟨*American* products⟩ ⟨the *American* land masses⟩ **2 :** belonging to, inhabiting, coming from, or forming part of the U. S., its possessions, or original territory ⟨*American* air bases⟩ ⟨the first *American* colonists⟩ ⟨*American* soldiers⟩ ⟨a typical *American* city⟩ **3 :** relating or belonging to the division of mankind that comprises the Indians of No. America and So. America now regarded as an offshoot of the Mongolian

**amer·i·cana** \ə,merə'kanə, -änə,-ånə *also* -ānə\ *n pl*, *usu cap* [*America* + E *-ana*] **:** materials (as literary or historical documents and relics) distinctively bearing on, concerning, or characteristic of America, its civilization, or its culture; *also* **:** a collection of such materials ⟨has collected Western *Americana*, especially old books and early firearms —*Current Biog.*⟩

**american alder** *n*, *usu cap 1st A* **:** SPECKLED ALDER

**american alligator** *n*, *usu cap 1st A* **:** the alligator (*Alligator mississipiensis*) of the southeastern U.S. occas. reaching 16 feet in length with a tough hide much sought for leather

**american allspice** *n*, *usu cap 1st A* **:** CAROLINA ALLSPICE

**american aloe** *n*, *usu cap 1st A* **:** CENTURY PLANT

**american arborvitae** *n*, *usu cap 1st A* **:** an evergreen tree (*Thuja occidentalis*) of eastern No. America having branchlets in horizontal planes — compare ORIENTAL ARBORVITAE

**american ash** *n*, *usu cap 1st A* **:** WHITE ASH 1a

**american aspen** *n*, *usu cap 1st A* **:** a slender tree (*Populus tremuloides*) with quaking leaves native to eastern No. America

**american badger** *n*, *usu cap A* **:** a badger (*Taxidea taxus*) of western No. America

**american baptist** *n*, *usu cap A&B* **:** a member of a body of Baptist churches in northern and western U.S. which was organized in 1907 as the Northern Baptist Convention and renamed American Baptist Convention in 1950

**american barberry** *n*, *usu cap A* **:** a shrub (*Berberis canadensis*) of the southeastern U.S. with brown branches and flowers in short umbelliform clusters — called also *Allegheny barberry*

**american basement** *n*, *usu cap A* **:** a basement story above the ground level containing the principal entrance to the building

**american basswood** *n*, *usu cap A* **:** an American tree of the genus *Tilia* (esp. *T. americana*)

**american beauty** *n*, *usu cap A* **:** a deep purplish red that is redder and paler than hollyhock, redder and less strong than magenta (sense 2a), and less strong and slightly redder and darker than Harvard crimson (sense 2)

**american beech** *n*, *usu cap A* **:** a forest tree (*Fagus grandifolia*) having smooth gray bark, light green leaves, and edible nuts

**american bison** *or* **american buffalo** *n*, *usu cap A* **:** the bison (*Bison bison*) of No. America that formerly ranged in great herds over much of temperate No. America but is now nearly extinct

India Paper Edition

# WEBSTER'S NEW INTERNATIONAL DICTIONARY OF THE ENGLISH LANGUAGE

BASED ON THE INTERNATIONAL DICTIONARY
OF 1890 AND 1900. NOW COMPLETELY
REVISED IN ALL DEPARTMENTS
INCLUDING ALSO
A DEPARTMENT OF NEW WORDS
A DICTIONARY OF GEOGRAPHY AND OF BIOGRAPHY, BEING
THE LATEST AUTHENTIC QUARTO EDITION OF
THE MERRIAM SERIES

W. T. HARRIS, PH.D., LL.D.
EDITOR IN CHIEF

F. STURGES ALLEN
GENERAL EDITOR

SPRINGFIELD, MASS., U.S.A.
PUBLISHED BY G. & C. MERRIAM COMPANY
1932

...hinoderms, as ambulacral ...n surface of the arm of a ...acrum; a ossicle, one of the ...hat groove; a plate, one of ...suckers) which form the system; the water-vascular — **am'bu-la'cri-form** (am-...

...), n.; pl. -LACRA (-krà). Zoöl. a One of the radially ... along which run the principal water tubes. These areas ... suckers or tentacles, which in starfishes they occupy the ...f the rays. b One of the ...

[F. ambulance, hôpital am-... See AMBLE.] 1. A tempo... follow an army in its move... as soon as possible; hence, first aid to the injured or ... cities of America especially ... equipped for transporting the ...om the field or to a hospital. ...bulans; cf. F. ambulant.] ...m place to place. Rare. ...ness of the material floors in ...their structures can be safely ... bulare to walk.] To walk; ...

**...bu-la'tion** (-lā'shŭn), n. ... [L. ambulatorius.] ...ing the faculty of walking; as, an ambulatory animal. A ... place to place; not station... ory court; ... ery ambulatory, and dispersed ... Jer. Taylor. ... ty had an ambulatory view in ... Sir H. Wotton. ... or settled; past alteration; ... of a will are ambulatory un...

...-riz). [Cf. LL. ambulato-...] in, whether in the open air, ... within a building ...

[F. embuscade, ... See AMBUSH, v. t.] 1. A lying ... pose of attacking an enemy ... n enemy; an ambush. ... in ambush; also, the place ...

...CAD'ED (-kād'ĕd); -CAD'ING ... in ambush; to ambush. ... ack from a covert or lurking ... ambush. ... (BUSHED (-bŏŏsht); AM'BUSH-... en, OF. embuschier, embus-... fr. LL. imboscare, ... LL. ... AMBUSCADE, BUSH.] 1. To ... to surprise an enemy. Am-... Dryden. ... waylay. ... ish; to lurk. ... bushed for his prey. Trumbull. ... mbuche, fr. the verb. See AM-... or arrangement of troops for ...tedly from a concealed sta-... device to entrap; snare. ... fear no assault or siege. Milton. ... troops or enemies lie in wait ... base in open field. Dryden. ... cealed place for attacking by ... iscade. Obs. ... ut of their place. Josh. viii, 19. AMBUSCADE is now the regular ... nate disposition of troops in ... formal and is often applied ... ir or cowardly. See ARTIFICE. ... olunteered for an ambuscade to ... Froude. ... ing William that were no more ... cutthroats. Thackeray. ... of the family Phymatidæ, a ... erous insects which conceal ... on other insects. ... nerly also am-bush'ment), n. ... bush. 2 Chron. xiii. 13. To ... of an ambushment. Cooper. ... ia), n. [NL.; amby-... (for ... genus of salamanders of ... m, black with gray confluent ... black with yellow spots, are ... erica. The axolotls are lar... genus. See AXOLOTL. (The ... is antedated by Ambystoma.)

**a-meer', a-mir'** (a-mēr'), n. [See EMIR.] 1. Emir. Obs. 2. A Mohammedan noble, esp. a prince of Afghanistan or of Sind.

**Am'ei-u'rus** (ăm'ī-ū'rŭs), n. [NL.; a- not + Gr. μείουρος curtailed.] Zoöl. A genus of catfishes containing many common American species, as the bullhead and yellow cat.

**Am'e-lan'chi-er** (ăm'ē-lăn'kĭ-ēr), n. [NL., fr. F. amélanchier.] Bot. A small genus of chiefly American ornamental malaceous shrubs and trees having simple leaves, racemose or rarely solitary white flowers, and small berry-like fruits, the cavities of the ovary being twice as many as the styles. The species are called shadbush, June berry, and service berry.

**am'el-corn'** (ăm'ĕl-kôrn'), n. [G. amelkorn; cf. MHG. amel, amer, spelt, and L. amylum starch, Gr. ἄμυλον.] A variety of wheat (Triticum sativum dicoccum) similar to spelt, cultivated in Europe as a starch-producing plant.

**A-me'li-a** (a-mē'lĭ-a; a-mēl'ya), n. [Cf. F. Amélie, It. Amelia, Amalia, G. Amalia, Amalie; of uncertain origin.] 1. Fem. prop. name. F. Amélie (à'mā'lē'); It. Amelia (ä-mā'lyä), Amalia (ä-mä'-); Sp. & Pg. Amelia (ä-mā'lē-ä); G. & D. Amalia (ä-mä'lē-ä). Cf. EMELINE.

2. The title of Fielding's last novel, and the name of its heroine, who is distinguished for her conjugal affection.

3. In Thackeray's "Vanity Fair," Becky Sharp's schoolmate, a loving, trusting girl of no great parts who lives an unpretentious and happy life.

**a-mel'io-rate** (a-mēl'yō-rāt; 277), v. t. & i.; A-MEL'IO-RAT'ED (-rāt'ĕd); A-MEL'IO-RAT'ING (-rāt'ĭng). [L. ad + meliorare to make better; cf. F. améliorer. See MELIORATE.] To make or grow better; to improve; to meliorate.

In every human being there is a wish to ameliorate his own condition. Macaulay.

Syn. — See IMPROVE.

ameliorating plants, Bot., nitrogen-fixing bacteria.

**a-mel'io-ra'tion** (-rā'shŭn), n. [Cf. F. amélioration.] 1. Act or result of ameliorating, or state of being ameliorated; improvement. "Amelioration of human affairs." J. S. Mill.

2. Canadian Law. A betterment.

**a-mel'io-ra-tive** (-rā-tĭv), a. Tending to ameliorate.

**a'men'** (ā'mĕn'; often — in singing, always — ä'mĕn'), adv. & interj. [L. amen, Gr. ἀμήν, Heb. āmēn certainly, truly.] So is it; so shall it be; so be it; verily; assuredly; — a term used in solemn ratification of expressions of faith, or of wish in which higher powers are expected to concur. A transliteration from the original, amen was primarily used in renderings of Bible passages, and thence, in similar connections, in formal creeds and confessions, in prayers, orisons, and the like.

And let all the people say, Amen. Ps. cvi. 48.

Amen, amen, I say to thee, unless a man be born again, he cannot see the kingdom of God. John iii. 3, D. Bib.

to say amen to, to approve warmly; to concur in heartily or emphatically; to ratify; as, I say amen to all.

**a'men'**, n. 1. The word amen, its utterance or use.

2. [cap.] A title of Christ; — from the use in Rev. iii. 14.

3. The mental attitude, act of devotion, or meaning of those who utter the word; the assent or ratification expressed by the word.

4. An act or word of conclusion or termination.

**a'men'**, v. t. To say "amen" to; to sanction; to ratify.

**a-me'na-ble** (a-mē'na-b'l), a. [F. amener to lead; à (L. ad) + mener to lead, fr. L. minare, minari, to threaten, to drive animals (properly by threatening cries), in LL. to lead; L. minae threats. Cf. MENACE.] 1. Old Law. Easy to be led; governable, as a woman by her husband. Obs.

2. Liable to be brought to account or punishment; answerable; responsible; accountable; as, amenable to law.

Nor is man too diminutive . . . to be amenable to the divine government. I. Taylor.

3. Liable to punishment, a charge, a claim, etc.

4. Willing to yield or submit; responsive; tractable.

Sterling . . . always was amenable enough to counsel. Carlyle.

Syn. — See RESPONSIBLE.

— **a-me'na-bly**, adv. — **a-me'na-bil'i-ty** (-bĭl'ĭ-tĭ), n. — **a-me'na-ble-ness**, n.

**a-mend'** (a-mĕnd'), v. t.; A-MEND'ED; A-MEND'ING. [F. amender, L. emendare; e (ex) + mendum, menda, fault, akin to Skr. minda personal defect. Cf. EMEND, MEND.]

1. To reform, convert, or make better in condition or character (a person or community); also, to reform (one's self); to bring about a change for the better in (one's life). Obs.

2. To free (a thing or conduct) from fault or error; to correct; rectify; emendate; as, to amend a text, or a legal document; hence, to mend; repair; restore.

Mar not the thing that cannot be amended. Shak.

An instant emergency, granting no possibility for revision, or opening for amended thought. De Quincey.

3. To make amends or reparation for, as an offense. Obs.

4. To heal or cure. Obs.

5. To change or modify in any way for the better; to improve; to better.

We shall cheer her sorrows, and amend her blood, by wedding her to a Norman. Scott.

6. Specif., in parliamentary procedure, to alter (as a bill or resolution) formally by some addition, taking away, or modification; as, to amend an appropriation bill. The changes that may be made in amending a bill or resolution are practically limited only to those that do not bring in a subject different from the original.

A proposition may be amended by an alteration which entirely defeats the purpose of the mover, or it may be turned into a motion of a different kind. 122 Fed. Rep. 722, 724.

7. To excel; surpass; better. Obs.

Syn. — See MEND.

**a-mend'** (a-mĕnd'), v. i. 1. To reform one's self; to become better by rectifying manners or morals.

2. To become better; to improve. Obs. or R. "My fortune ... amends." Sir P. Sidney.

3. To recover from illness. Obs.

4. To make honorable reparation. Obs.

**a-mend'a-to-ry** (a-mĕn'da-tō-rĭ), a. Supplying amendment; corrective; emendatory.

||**a'mende'** (à'mänd'; formerly, the usual anglicized a-mĕnd'), n. [F. Cf. AMENDS.] A fine, penalty, or reparation; specif., the amende honorable or amende profitable.

**amende honorable** (ô'nô'rà'bl'), a form of reparation for a crime or injury consisting in such a formal and humiliating acknowledgment of offense and apology as will restore the injured or offended honor of the one wronged. This punishment was used in the early church, and for various legal offenders under the French, Roman Dutch, and other legal systems. In the more infamous form of the punishment the offender was compelled to make his apology in the church or court with bare feet and head, dressed in a white chemise, and with a torch in his hand. It was abolished in France in 1791, restored in 1825, abolished again in 1830, but survived under the name reparation until abolished in 1894. In South Africa it has been replaced by pecuniary damages. The amende profitable (prô'fē'tà'bl') of the Roman Dutch law was amends made by the payment of a sum named under oath by the plaintiff as less than satisfaction for his defamation. It was usually awarded to the poor by the court. Damages are now recoverable instead.

**a-mend'ment** (a-mĕnd'mĕnt), n. [F. amendement, LL. amendamentum.] 1. An alteration or change for the better; correction of a fault or of faults; reformation of life by quitting vices.

2. In public bodies; Any alteration made or proposed to be made in a bill or motion by adding, changing, substituting, or omitting. See AMEND, v. t., 6.

3. Law. Correction of an error in a writ or process.

4. Restoration; reparation. Obs.

5. Agric. A substance which improves the soil by modifying its physical properties rather than by adding any appreciable quantities of plant food.

Syn. — Improvement, reformation.

**a-mends'** (a-mĕndz'), n. sing. & pl. [F. amendes, pl. of amende. See AMEND; cf. AMENDE.] 1. Compensation for a loss or injury; recompense; reparation; — sometimes with the idea of retribution; as, to make amends through suffering. [Now construed as a singular.] "An honorable amends." Addison.

Yet thus far fortune maketh us amends. Shak.

And he shall make amends for the harm that he hath done in the holy thing. Lev. v. 16.

2. Recompense for an injury, as money exacted by law. Obs.

3. Means of securing recompense or satisfaction. Obs.

4. Improvement, esp. in health; amendment. Obs.

Syn. — See REPARATION.

**a-men'i-ty** (a-mĕn'ĭ-tĭ), n.; pl. -TIES (-tĭz). [F. aménité, L. amoenitas, fr. amoenus pleasant.] Quality or state of being pleasant or agreeable, as in respect to situation, climate, manners, or disposition; pleasantness; civility; suavity; gentleness; also, esp. in pl., an act, pursuit, civility, or the like, expressive of or conducive to pleasantness or smoothness of social intercourse; as, the amenities of life. "A sweetness and an amenity of temper." Buckle.

This climate has not seduced by its amenities. W. Howitt.

The land itself would remain; and also ... its amenities and advantages for building would be unimpaired. J. S. Nicholson.

**a-men'or-rhe'a**, or **-rhœ'a** (a-mĕn'ō-rē'a), n. [NL.; a- not + Gr. μήν month + ῥεῖν to flow.] Med. Absence or suppression of the menstrual discharge from any cause other than pregnancy or the menopause. — **a-men'or-rhe'al**, **-rhœ'al** (-al), a. — **a-men'or-rhe'ic**, **-rhœ'ic** (-ĭk), a.

||**a men'sa et tho'ro** (a mĕn'sa ĕt thō'rō). Also, formerly, **a men'sa et to'ro**. [L.] Lit., from table and bed (from bed and board); — used to designate a kind of divorce (also called legal separation) which leaves the parties husband and wife, but discharges them from the duty of living together. It is abolished in some of the United States, and in Great Britain is superseded by the judicial separation (which see).

**am'ent** (ăm'ĕnt; ā'mĕnt), n. [L. amentum thong, strap.] Bot. An inflorescence consisting of a close, bracted spike, usually deciduous when mature, bearing many unisexual apetalous flowers, as in the willow and poplar, and the staminate clusters of the chestnut, oak, etc. Also commonly called catkin. See ALDER, Illust.

Aments, or Catkins. a Staminate Aments; b Pistillate Ament.

**am'en-ta'ceous** (ăm'ĕn-tā'shŭs), a. [LL. amentaceus.] Bot. a Like, or consisting of, an ament, or aments; as, amentaceous inflorescence. b Amentiferous.

**A-men'ti** (a-mĕn'tē), n. [Egypt. amentet, amenteti, fr. ament the west.] Egypt. Myth. The region of the dead, a subterranean realm whither the sun descends; also, a goddess of this region. The soul entering Amenti was conducted by Anubis (which see) into the hall of Osiris, judged by the forty-two judges, and either passed thence to Aalu, the Egyptian Elysium,

Rom. Antiq., pertaining to or ... | a' mé'chant' chien', court lien' (à mā'shäN' shyăN' kōōr ...) | **A-mei'vi-dæ** (a-mī'vĭ-dē), n. pl. [NL.] Zool. A family of liz- | & prep. [Icel. á milli, á millum.] Amid; between; among. Obs. | way of approval. Local U.S. a-mend', n. = AMENDS. Rare. a-mend'able. See -ABLE.

B C D E F G H I J K