# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ | ) | CIVIL ACTION |
| LIBERTY MUTUAL INSURANCE COMPANY, | ) | NO. 1:04-CV-10651-DPW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE BLACK & DECKER CORPORATION, | ) | |
| BLACK & DECKER INC., | ) | |
| BLACK & DECKER (U.S.) INC., | ) | |
| EMHART CORPORATION and | ) | |
| EMHART INDUSTRIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**EXHIBITS TO APRIL 2004 SUPPLEMENTAL MEMORANDUM
OF BLACK & DECKER IN SUPPORT OF ITS MOTION FOR
PARTIAL SUMMARY JUDGMENT**

**Volume 10A As Supplement To Compendium of September 2002
Consisting Of Post July 2003 Materials Relating to Farrel/SHW**

April 16, 2004

Jack R. Pirozzolo, BBO# 400400
Willcox Pirozzolo & McCarthy,
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470

Attorney for Defendants

## <u>Index</u>

A.     Transcript of Hearing of July 10, 2003 (Farrel/SHW)

B.     Post Hearing Filings by Black & Decker

     1.     Submission of Supplemental Case Law, filed July 17, 2003

     2.     Motion To Strike Liberty Mutual's Supplemental Submission Or, In The Alternative, To Allow Defendants To Respond To Plaintiff's Submission And Later To Provide A Further Submission, filed July 18, 2003

     3.     Response To Liberty Mutual's July 17, 2003 Submission (attached to Motion To Strike)

C.     Supplemental Affidavit of Jeffrey J. Loureiro, dated April 13, 2004, with Exhibits

D.     Deposition of Gregory D. Martin, dated October 27, 2003 (excerpts)

E.     Excerpts from Dictionaries Showing Definitions of "Amend" and "Amendment"

     1.     Black's Law Dictionary (6th ed. 1990)

     2.     Webster's Third New International Dictionary (unabridged)(1993)

     3.     Webster's New International Dictionary (India Paper ed.)(1932)