UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No. 1:04-CV-10651-DPW (Ansonia/Derby Sites) |
| THE BLACK & DECKER CORPORATION, BLACK & DECKER, INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART, INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |

**ASSENTED-TO MOTION OF LIBERTY MUTUAL
INSURANCE COMPANY TO FILE UNDER SEAL ITS MOTION
FOR SUMMARY JUDGMENT ALLOCATING AND LIMITING
DAMAGES PAYABLE FOR THE ANSONIA AND DERBY SITES**

Pursuant to Local Rule 7.2, plaintiff, Liberty Mutual Insurance Company

("Liberty Mutual"), hereby moves for leave to file under seal its Motion for

Summary Judgment Allocating and Limiting Damages Payable for the Ansonia and

Derby Sites, because said motion, and the accompanying memorandum of law,

contain references to a confidential settlement agreement among defendants, The

Black & Decker Corporation, et al. ("Black & Decker"), and another insurer.

As grounds for this Motion, Liberty Mutual states as follows:

1.      In the Motion for Summary Judgment and accompanying

memorandum of law, Liberty Mutual contends that its obligation to pay damages to

Black & Decker pursuant to the August 5, 2004 Order regarding the Ansonia and

Derby sites should be subject to a pro rata allocation which will take into account any amounts received by Black & Decker from other sources, such as settlements with other insurers.

2.    In the Motion and Memorandum, Liberty Mutual makes reference to the fact that Black & Decker entered into a settlement with another insurer which should be applied as a reduction to the portion of damages allocated to Liberty Mutual pursuant to a pro rata allocation at the Ansonia and Derby sites.

3.    Black & Decker has stated that it considers the settlement agreement between it and the other insurer to be confidential.

4.    Accordingly, Liberty Mutual files this Motion to protect the allegedly confidential nature of the Black & Decker settlement agreement which, otherwise, would be available for inspection and copying by the general public.

5.    Liberty Mutual files this Motion in good faith, and not for the purpose of delay. Black & Decker will not be prejudiced in any manner by Liberty Mutual's request, which is intended to protect Black & Decker's asserted confidentiality interests.

6.    Accordingly, pursuant to Local Rule 7.2, Liberty Mutual requests that the Court enter an Order authorizing the sealing of its Motion for Summary Judgment Allocating and Limiting Damages Payable for the Ansonia and Derby Sites, together with the accompanying Memorandum of Law.

7.      Liberty Mutual requests that the Court maintain the Motion and

Memorandum under seal until this action is closed.  At that time, Liberty Mutual

requests that the Motion and Memorandum be returned to the undersigned counsel.

8.      Black & Decker assents to this Motion to file the Motion and

Memorandum under seal.

WHEREFORE, Liberty Mutual Insurance Company respectfully requests

that the Court grant this motion and require that the Motion for Summary

Judgment and accompanying Memorandum of Law be kept under seal, and for such

other and further relief as this Court deems just and proper.

**LIBERTY MUTUAL
INSURANCE COMPANY**

By its attorneys,

/s/ Janice Kelley Rowan
Ralph T. Lepore, III (BBO #294420)
Janice Kelley Rowan (BBO #265520
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700

Dated:  September 30, 2004

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that pursuant to Local Rule 7.1, I spoke with Richard L.
Binder, counsel for Black & Decker, on September 30, 2004, and he agreed that this
motion could be filed with the assent of the defendants.

/s/ Janice Kelley Rowan

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2004, I caused a copy of the foregoing Assented to Motion to be served by hand upon Jack R. Pirozzolo, Esq., counsel to defendants, at Willcox, Pirozzolo & McCarthy, P.C., 50 Federal Street, Boston, MA  02110.

/s/ Janice Kelley Rowan

2292140_v1