UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| | ) | |
| LIBERTY MUTUAL INSURANCE COMPANY, | ) | CIVIL ACTION |
| | ) | NO. 96-10804-DPW |
| Plaintiff, | ) | |
| v. | ) | [ANSONIA DERBY |
| | ) | NO. 1:04-CV-10651] |
| THE BLACK & DECKER CORPORATION, | ) | |
| BLACK & DECKER, INC., BLACK & DECKER | ) | |
| (U.S.) INC., EMHART CORPORATION, and | ) | |
| EMHART INDUSTRIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

CERTIFICATE OF CONFERENCE

This will certify, pursuant to Local Rule 7.1(A)(2), that counsel for defendants has

conferred with counsel for plaintiff regarding Black & Decker's Motion For Consideration of

New Issue Regarding the One-Year Reporting Provision in a good faith attempt to resolve the

issues presented therein, and that counsel were unable to reach agreement.

Respectfully submitted,

/s/Jack R.Pirozzolo
Jack R. Pirozzolo BBO#400400
Richard L. Binder BBO#043240
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts  02110
(617) 482-5470