UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| )<br>LIBERTY MUTUAL INSURANCE COMPANY,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>THE BLACK & DECKER CORPORATION,  )<br>BLACK & DECKER, INC., BLACK & DECKER  )<br>(U.S.) INC., EMHART CORPORATION, and  )<br>EMHART INDUSTRIES, INC.,  )<br>)<br>Defendants.  )<br>) | C.A. No. 96-10804-DPW<br><br>C.A. NO. 1:04-CV-10651-DPW<br>(Ansonia & Derby Sites) |

**ASSENTED TO MOTION FOR LEAVE TO FILE UNDER SEAL
CERTAIN BLACK & DECKER FILINGS CONCERNING ITS OPPOSITION
TO LIBERTY MUTUAL'S MOTION FOR SUMMARY JUDGMENT ALLOCATING
AND LIMITING DAMAGES PAYABLE FOR THE ANSONIA AND DERBY SITES**

Black & Decker, with the assent of Liberty Mutual, moves, pursuant to Local Rule 7.2, for leave to file under seal Black & Decker's Memorandum In Opposition to Motion of Liberty Mutual for Summary Judgment Allocating and Limiting Damages Payable for the Ansonia and Derby Sites, the Appendix to said memorandum, and the Affidavit of Jeffrey J. Loureiro. Said filings contain or refer to confidential documents produced by the parties pursuant to protective orders designed to ensure the confidentiality of said documents. Pursuant to Local Rule 7.2, Black & Decker requests that this Court enter an Order authorizing the sealing of the above-referenced memorandum, appendix, and affidavit.

Black & Decker also requests that the Court maintain said documents under seal until this action is closed and, thereafter, that said documents be returned to counsel.

By their attorneys,


Dated: November 17, 2004                /s/ Jack R. Pirozzolo
                                        Jack R. Pirozzolo, BBO# 400400
                                        Richard L. Binder, BBO# 043240
                                        Judith S. Ziss, BBO# 544937
                                        Willcox, Pirozzolo & McCarthy
                                        Professional Corporation
                                        50 Federal Street
                                        Boston, Massachusetts  02110
                                        (617) 482-5470