UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE BLACK & DECKER CORPORATION, )<br>BLACK & DECKER, INC., BLACK & DECKER )<br>(U.S.) INC., EMHART CORPORATION, and )<br>EMHART INDUSTRIES, INC., )<br>)<br>Defendants. )<br>) | C.A. No. 96-10804-DPW<br><br>C.A. NO. 1:04-CV-10651-DPW<br>(Ansonia & Derby Sites) |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the following documents have been manually filed under seal with the Court and are available in paper form only.

- Black & Decker's Memorandum In Opposition to Motion of Liberty Mutual for Summary Judgment Allocating and Limiting Damages Payable for the Ansonia and Derby Sites;

- Appendix to Black & Decker's Memorandum In Opposition to Motion of Liberty Mutual for Summary Judgment Allocating and Limiting Damages Payable for the Ansonia and Derby Sites; and,

- Affidavit of Jeffrey J. Loureiro.

The original documents are maintained in the case file in the Clerk's Office.

Dated: November 17, 2004        /s/ Jack R. Pirozzolo
                                Jack R. Pirozzolo, BBO# 400400
                                Richard L. Binder, BBO# 043240
                                Judith S. Ziss, BBO# 544937
                                Willcox, Pirozzolo & McCarthy
                                Professional Corporation
                                50 Federal Street
                                Boston, Massachusetts  02110
                                (617) 482-5470
                                Attorneys for defendants