# EXHIBIT D

SUBMITTED BY: _____ _____

PRODUCER: _____ _____

ADDRESS: _____

_____ ZIP _____

SURPLUS LINES LICENSE NO.: _____

**ECC**

UNDERWRITING MANAGER

**SHAND, MORAHAN & COMPANY, INC.**
**ONE AMERICAN PLAZA**
**EVANSTON, ILLINOIS 60201**
Telex: 72 4328   Phone: (312) 866-2800

## APPLICATON FOR ENVIRONMENTAL IMPAIRMENT LIABILITY INSURANCE
### (CLAIMS MADE BASIS)

**APPLICANT'S INSTRUCTIONS:**

1. Answer all questions. If the answer to any question is NONE, please state NONE.
2. Application must be signed and dated by owner, partner or officer.
3. Complete a separate application for each site, facility or operation.
4. PLEASE READ CAREFULLY THE STATEMENTS AT THE END OF THIS APPLICATION.

### (PLEASE TYPE OR PRINT)

1. **APPLICANT**
   a. Full name of all entities to be Named Insureds: _____
   _____
   b. Principal address: _____
   _____
   c. Location of site or facility: _____
   _____
   d. Business conducted: _____
   e. Corporation ☐  Partnership ☐  Proprietorship ☐  Other ☐ _____
   f. Years in business at this location: _____
   g. Prior experience in this business: _____
   _____
   h. Present affiliation with other firms: _____
   _____

**WASTE STORAGE AND TREATMENT FACILITIES** complete sections 2 through 8.

**WASTE GENERATORS** complete sections 3, 4, 6, 7, 9.

**WASTE TRANSPORTERS** complete sections 6, 7, 10 (& 3 if applicable).

2. **A SITE OR FACILITY**
   a. Describe the ultimate waste disposal methods utilized.   ☐ Landfill   ☐ Incineration   ☐ Other Treatment
   Describe: _____
   _____
   _____
   _____

b. If any waste materials are temporarily stored on-site for more than 24 hours before ultimate disposal, please describe the wastes that might be so stored (chemical names, loose piles, etc.) and the longest estimated period of time that wastes might be stored before ultimate disposal.

| Types of Waste that might be stored | Nature of Storage | Estimated longest storage period |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

c. Describe for each applicable disposal category, the capacity and life expectancy of the facility.

| Disposal Category | Capacity | Estimated Life Remaining (years) |
|---|---|---|
| Landfill | | |
|    Area: used acres | _____ | |
|        remaining acres | _____ | _____ |
| Daily Handling Capacity (Specify as tons cubic yards drums, etc.) | _____ | |
| Incineration | | |
|    Daily Handling Capacity: | _____ tons | _____ |
| Other | | |
|    Daily Handling Capacity: (Specify units) | _____ | _____ |

d. Describe for applicable disposal category, how the release or migration of hazardous wastes from the facility is controlled. **Landfill:** (Example: Plastic liner barrier keeps leachate within landfill) _____

_____

**Incinerator:** (Example: Facility is especially designed for high temperature operation to burn hazardous wastes.) _____

_____

**Other:** _____

_____

e. To the best of your knowledge, were there any prior activities at this location which might increase the probability of release or migration of hazardous wastes from the facility? Yes ☐   No ☐. If yes, describe: _____

_____

f. Do you have a preventive maintenance program? Yes ☐   No ☐. If yes, please attach copy or describe: _____

_____

g. Does the disposal facility have official approval by an agency of government? Yes ☐   No ☐. If yes, describe the form of approval (EPA hazardous Waste Disposal permit, local permit to operate, etc.). _____

_____

3. PROTECTION OF FACILITY OR TERMINAL

a. Describe how access to this location is controlled. _____

_____

b. Describe any systems and/or equipment currently used to monitor the release or migration of hazardous wastes from the facility. _____

_____

c. Is the location subject to periodic flooding or other weather phenomena which might result in damage to the facility or removal of material from the site? _____

_____

4. EXPOSURES

   a. Check the one that most adequately describes the area in which you are located: Industrial ☐    Commercial ☐
      Residential ☐    Rural Agricultural ☐    Other ☐    Describe: _____
      _____

   b. Describe immediate adjacent properties: _____
      _____

   c. State the horizontal distance to the nearest surface water: _____

      State vertical distance to the water table: _____

   d. Identify persons, other than employees, who regularly enter or have duties at this location: _____
      _____

5. WASTE TYPES

   a. Describe in detail the types of waste currently accepted at this facility (chemical names, if known, or other identifica-
      tion), their method of containment, and estimated quantities for the coming year.

| Type of Waste (Chemical name, if known) | Containment Method (Drums, loosebulk, etc.) | Estimated Quantities for year (tons, cubic yards, drums, etc. Specify) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

   b. If waste material from prior activities remain at this site, please describe them (chemical names, if known, or other
      identification), how they are presently contained (drums on surface, drums buried in landfill, loose solids on surface,
      etc.), and their estimated quantities.

| Type of Waste | Present Containment | Total Estimated Quantities (specify units) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

   c. List five major customers and their waste: _____
      _____
      _____

   d. Describe types of waste not accepted at this location: _____
      _____

6. CLAIM HISTORY

   a. Individual losses including deductibles and/or defense costs:

| Date of Claim | Describe Impairment and Injury or Damage | Amount Paid and Reserved | Date Evaluated |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

details: _____
_____

c. Have you ever been accused or prosecuted for failure to comply with any federal, state or local statute or regulation relating to the protection of the environment? Yes ☐   No ☐. If yes, please describe: _____
_____

d. Are you presently in compliance with all statutes and regulations? Yes ☐   No ☐. If yes, please describe: _____
_____

7. LOSS PREVENTION & CONTROL

a. Designate the person(s) responsible for environmental protection:

   i) at this site or facility: _____

   ii) Corporate official: _____

b. Is there a written plan to minimize damage in the event an incident takes place? Yes ☐   No ☐. If yes, please attach copy.

c. Is there a written procedure for obtaining information concerning complaints from workers or other persons? Yes ☐   No ☐. If yes, please attach.

d. Is a formal health and safety program conducted for employees? Yes ☐ No ☐. If yes, please describe: _____
_____

8. OTHER CONSIDERATIONS

a. State number of persons employed at this location and the annual payroll: _____
_____

b. State the projected annual income and/or budget for this location: _____
_____

c. State your current Workers Compensation experience modification: _____
_____

9. GENERATORS

a. Describe the operations and/or processes which produce solid or liquid wastes that require landfilling, permanent container storage, incineration, or some other bulk disposal method.

| Operation/Process | Manufactured Product | Raw Materials |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

| Identity Waste (chemical name, if known) | Waste Form (liquid, solid, sludge, etc.) | Quantity Per Year (tons, cubic yds., drums, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

4. **EXPOSURES**

b. If any waste materials are temporarily stored on-site for more than 24 hours before ultimate disposal, please describe the wastes that might be so stored, the nature of storage, and the longest estimated period of time that wastes might be stored before ultimate disposal.

| Types of Waste that might be stored | Nature of Storage | Estimated longest storage period |
| --- | --- | --- |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

c. Describe the location of your waste disposal facilities. ☐ On manufacturing/Processing Site    ☐ Off-site

    i) If, off-site, state whether disposal facility is operated by:   ☐ Self  ☐ Contractor.

    ii) If, off-site, state whether transport to facility is performed by:   ☐ Self  ☐ Contractor.

d. If contractor hauls your waste to the disposal site, please name: _____
_____

e. Was the location originally designed for its current usage? Yes ☐   No ☐. If no, please explain: _____
_____

f. Does the facility have offical approval by an agency of government? Yes ☐   No ☐. If yes, describe the form of approval (EPA Hazardous Waste Disposal permit, local permit to operate, etc.).

10. **TRANSPORTERS**

a. Describe the wastes transported, means of transportation for each, method of containment during transport, and quantity of waste materials expected to be transported during the coming year.

| Wastes Transported (Give chemical name, if known) | Transportation Means (Truck, barge, etc.) | Containment Method (drums, tank, etc.) | Estimated Quantity (tons, cubic yards, drums etc. Specify) |
| --- | --- | --- | --- |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

b. Describe occupancy of the areas through which each waste type is transported (i.e. towns, residential, rural, agricultural etc.): _____
_____
_____
_____
_____
_____

c. Are vehicles used in transportation of waste used for other activities? Yes ☐   No ☐. If yes, please describe use:
_____
_____

d. Are waste materials ever temporarily stored at a facility under your ownership or management while awaiting transport to a disposal site? ☐ Occasionally   ☐ Usually   ☐ No. If occasionally or usually, complete part 3.

e. Does the *disposal facility* have offical approval by an agency of government? Yes ☐   No ☐. If yes, describe the form of approval (EPA Hazardous Waste Disposal permit, local permit to operate, etc.). _____
_____

f. Do the *waste transportation activities* described in this application have formal approval by an agency of government Yes ☐   No ☐. If yes, describe the form of approval (local permit to operate, etc.). _____

_____

ATTACH A COPY OF THE FOLLOWING:

1. A map or sketch of this location and surrounding areas.

2. Applicant's last annual report or financial statement.

3. Other material describing your facilities and/or operations.

NOTICE TO APPLICANT: The coverage applied for is SOLELY AS STATED IN THE POLICY, which provides coverage on a "CLAIMS MADE" basis for ONLY THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED DURING THE POLICY PERIOD.

The undersigned authorized officer of the Applicant represents that to the best of his knowledge the statements herein are true, and it is agreed that this application shall be the basis of the contract and shall be deemed incorporated therein should the Insurer evidence its acceptance of this application by issuance of a policy. It is agreed that this application shall be on file with the Insurer, and that it shall be deemed to be attached to and made part of the policy, if issued, as if physically attached to the policy.

Shand, Morahan & Company, Inc., Underwriting Manager for the Insurer, is hereby authorized to make any investigation and inquiry in connection with this application as it deems necessary.

The Undersigned hereby authorizes the release of loss information from any prior insurer to Shand, Morahan & Company, Inc., Underwriting Manager for the Insurer.

Dated at _____ this _____ day of _____, 19 ____.

_____
(Exact Corporate Name of Applicant)

By _____
(Signature and Title of Officer)*

*SIGNING OF THIS FORM DOES NOT BIND THE APPLICANT OR THE INSURER OR THE UNDERWRITING MANAGER TO COMPLETE THE INSURANCE. Application MUST be currently signed and dated to be considered for quotation.

ADDITIONAL EXPLANATION TO THE QUESTIONS DESIGNATED

Question
#

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____