UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> THE BLACK & DECKER CORPORATION, BLACK & DECKER INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART, INC., <br><br> Defendants. | C.A. No. 96-10804-DPW <br><br> C.A. No. 1:04-CV-10651-DPW <br> (Ansonia & Derby Sites) |

### AFFIDAVIT OF MARGARET M. AVERILL

Margaret M. Averill deposes and says:

1. I am a Licensed Environmental Professional ("LEP") and a Vice President of Loureiro Engineering Associates, Inc. of Plainville, Connecticut ("LEA").

2. I have experience in the planning, design, supervision and management of projects in environmental consulting, including investigation and remediation of sites that are alleged to be contaminated. My professional experience is set forth in greater detail in my professional resume, a copy of which is attached as Exhibit A.

3. I was personally involved in and directed the implementation of the supplemental site characterization and remediation activities that LEA has conducted concerning the site on which the former Farrel Corporation ("Farrel") conducted manufacturing activities in Ansonia, Connecticut ("Ansonia site").

4.	I have reviewed the affidavit of Jeffrey J. Loureiro, filed herewith. I prepared Exhibit E to said affidavit as well as the analysis concerning the Averill Environmental Laboratories invoices in connection with the Ansonia site that is contained in said affidavit. I prepared said information based upon my personal knowledge regarding the Ansonia site and my education, training and experience as an LEP. The information contained therein accurately reflects my professional opinion.

I declare under the penalty of perjury that the foregoing is true and correct.


 /s/ Margaret M. Averill	November 17, 2004
Margaret M. Averill

# EXHIBIT A

# Margaret M. Averill, L.E.P.
## Vice President

---

### Education

**Bachelor of Science; Chemical Engineering** – University of Rhode Island – 1989

---

### Professional Certifications

**Licensed Environmental Professional (LEP License #380)**
**Certified Hazardous Materials Manager (CHMM)**
**Certified Professional Environmental Auditor (CPEA)**

---

### Summary Biography

Margaret Averill has 15 years experience in the planning, evaluation, implementation, administration and management of a wide variety of compliance, and environmental and hazardous waste projects. Ms. Averill has a unique proficiency with the state and federal environmental regulations and is experienced in the preparation of numerous compliance programs and plans. Ms. Averill's regulatory compliance experience includes a broad range of regulatory programs, including RCRA, CERCLA, SARA, TSCA, and NPDES.

Ms. Averill has been directly responsible for soil and groundwater investigations conducted in conformance with federal and state regulations for large industrial entities. These have included phased site assessments for commercial and industrial properties; RCRA Closure; RCRA Corrective Action, and CERCLIS (including immediate response actions and voluntary clean-ups under the EPA "comfort letter" program).

Her environmental permit and report preparation experience includes: Integrated Emergency Response Plans, Part B permit applications, Tier II and Form R report preparation; RCRA Closure Plans, Solvent Management Plan, and Spill Prevention Control and Countermeasures Plans. Additional experience relating to environmental compliance includes enforcement settlement negotiations with regulatory agencies on behalf of clients, interpretation of regulatory requirements, development of environmental procedures and development and implementation of regulatory training programs. Her experience also includes participation in numerous multi-media Environmental Health and Safety Management Systems Audits at large manufacturing facilities.

---

### Highlights of Accomplishments and Experience

**Site Investigations**
- Served as project manager for the voluntary removal action of imminent hazards under EPA's Superfund Program, at large abandoned manufacturing facility, including liaison with EPA, preparation of site investigation work plans, identification and characterization of over 1,000 containers of waste, removal of seven underground storage tanks, and site-wide soil investigations and remediation.
- Assisted client during the preparation and implementation phases of Supplemental Site Investigation (SSI) by EPA contractor, including interface with auditors, defense of CERCLIS status, and draft report review and comment.



- Responsible for design, implementation and management of site investigations and remediation at a site on the NPL list under the provisions of the EPA "comfort letter" program.
- Completed Phase I, II and III Environmental Site Assessments in accordance with DEP's transfer act program.

### Site Remediation
- Supervised phased soil and groundwater investigations, including development of conceptual site model, development and implementation of site investigations, assessment of analytical data for compliance with applicable regulatory programs, and design and implementation of remedial actions.
- Designed and implemented soil investigations and remediation at site contaminated with inorganic, volatile and semi-volatile organic compounds, and petroleum hydrocarbons. Activities included identification of potential contaminant source areas, preparation of a Work Plan, health and safety plan, installation of soil borings, monitoring wells, collection of soil, groundwater, and soil vapor samples, data evaluation, and evaluation of appropriate remedial alternatives.
- Developed petition to demonstrate clean closure equivalency of former surface impoundments through assessment of soil and groundwater data. Petition was approved and resulted in elimination of post-closure liability and related monitoring costs.

### Environmental Management and Compliance
- Developed numerous RCRA Hazardous Waste Closure Plans. Including TSDF with ten hazardous waste storage tanks and multiple hazardous and TCSA regulated waste container storage areas.
- Developed part B permits for both industrial and commercial TSDFs. Prepared compliance documents including emergency response plans, hazardous waste closure plans, RCRA training and inspection programs.
- Performed assessment of regulatory requirements within the RCRA regulations on behalf of industrial clients, including implications and applicability of new and proposed regulations and review of regulatory policies for clarifications and options within existing regulatory framework. Regulatory assessments also include evaluating conformance to current regulations and making recommendations for changes or modifications to current compliance programs.

### Regulatory Policy & Development
- Chairperson of the Connecticut Department of Environmental Protection's 1997 Hazardous Waste Regulation Subcommittee. Responsibilities included reviewing and advising subcommittee members of the proposed regulatory changes, compiling concerns and edits to the regulations, and presentation of the subcommittee activities and final recommendations to the DEP.
- Performed procedure development for EH&S management and regulatory compliance systems.

## Systems & Compliance Auditing
- Served as team leader for numerous multi-media Environmental, Health and Safety Management Systems Audits.
- Performed multi-media compliance auditing to determine regulatory compliance with hazardous and solid waste regulations, air compliance regulations, wastewater discharge regulations, PCB management regulations, OSHA hazard communication regulations and SARA community right-to-know regulations.
- Performed numerous Environmental, Health and Safety Management Systems Audits as a Team Leader for a large manufacturing company. Auditing experience also includes



investigation and inspection of facility operations to determine regulatory compliance with hazardous and solid waste regulations, air compliance regulations, wastewater discharge regulations, and PCB management regulations.

