UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | ) ) ) ) | C.A. No. 96-10804-DPW |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 1:04-CV-10651-DPW (Ansonia & Derby Sites) |
| THE BLACK & DECKER CORPORATION, BLACK & DECKER INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART, INC., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## AFFIDAVIT OF GEORGE F. ANDREWS, JR.

George F. Andrews, Jr. deposes and says:

1. I am a Professional Engineer, a Licensed Environmental Professional ("LEP") and a Senior Project Manager of Loureiro Engineering Associates, Inc. of Plainville, Connecticut ("LEA").

2. I have experience in the planning, design, supervision and management of projects in environmental consulting, including investigation and remediation of sites that are alleged to be contaminated. My professional experience is set forth in greater detail in my professional resume, a copy of which is attached as Exhibit A.

3. I was personally involved in and directed the implementation of remediation activities that LEA has conducted concerning the site on which the former Farrel Corporation ("Farrel") conducted manufacturing activities in Derby, Connecticut ("Derby site").

4. I have reviewed the affidavit of Jeffrey J. Loureiro, filed herewith. I prepared Exhibit D to said affidavit as well as the analysis concerning the Averill Environmental Laboratories invoices in connection with the Derby Site that is contained in said affidavit. I prepared said information based upon my personal knowledge regarding the Derby Site and my education, training and experience as a Professional Engineer and LEP. The information contained therein accurately reflects my professional opinion.

I declare under the penalty of perjury that the foregoing is true and correct.


/s/ George F. Andrews Jr.                                        November 17, 2004
George F. Andrews, Jr.

# EXHIBIT A

# George F. Andrews Jr., P.E., L.E.P.
## Senior Project Manager

### Education

*Master of Science; Environmental Engineering* – University of New Haven – 1993

*Bachelor of Science; Agricultural/Soil and Water Engineering* – Univ. of Connecticut – 1986

### Professional Certifications

*Professional Engineer - Connecticut 1995*

*Licensed Environmental Professional – Connecticut 2004*

### Summary Biography

George Andrews, who has over 18 years of experience in the civil/site and environmental engineering areas, is a Senior Project Manager for Loureiro Engineering Associates, Inc. (LEA). Mr. Andrews is experienced in the planning, engineering, design, supervision, inspection, administration and management of civil and environmental projects for government and private sector clients. This experience includes taking a project from the conceptual stage through the permitting, planning and design phases to the final stage of construction supervision, administration and management.

Mr. Andrews has a wide variety of experience in the civil and environmental fields. His civil engineering experience includes evaluation and design of wastewater treatment facilities; sewage collection system and pump station design; infiltration/inflow evaluations; potable water provision and distribution; roadway design; large and small-scale site development; and design of large and small subsurface sewage disposal facilities.

His contamination remediation experience includes investigation and characterization of contaminated sites; UST removal/replacement; design of various groundwater and soil vapor recovery systems; and design and management of excavation/disposal and on-site capping activities for large-scale contaminated soil remediation projects for a number of large industrial entities.

### Highlights of Accomplishments and Experience

*Civil & Site:*
- Prepared local land use permit applications and construction drawings/specifications for numerous site development projects in Connecticut, Rhode Island and Massachusetts. Projects included residential subdivisions, large residential condominium developments, commercial developments, industrial facilities and municipal roadway projects.
- Prepared detailed hydrological studies for various residential, commercial and industrial developments throughout Connecticut, Rhode Island and Massachusetts.
- Prepared numerous environmental reports and permit applications through the Connecticut Department of Environmental Protection, Rhode Island Department of Environmental Management, Army Corp of Engineers, Coastal Resource Management Commission and other state, local and federal agencies for various site improvement projects.
- Prepared construction drawings/specifications for numerous municipal roadway improvement projects including utility extensions, drainage and power/communications.



- Provided construction administration and resident inspection services for numerous site development projects.
- Prepared design plans and related permit applications for coastal marina developments and private dock facilities throughout Connecticut and Rhode Island.

*Investigation and Remediation:*
- Managed all activities associated with several soil contamination remediation projects at large industrial facilities.  Projects ranged in size with soil volumes up to 30,000 cubic yards.  Post remediation activities included preparation of all closure documentation and post-closure monitoring.  Contaminants of concern included PCBs, VOCs, metals, petroleum hydrocarbons, and SVOCs.  Projects also included closure of solid and/or special waste disposal areas.
- Managed and actively participated in all field activities associated with an emergency spill response for a 50,000 gallon fuel release at an industrial site.  Responsibilities included around-the-clock participation in the remedial activities, communications and negotiations with regulatory agencies and management of the immediate and long-term remediation of the site.  Remedial approach included installation of a barrier well system with an internal vacuum enhanced product recovery system.
- Prepared remedial alternatives evaluations for several soil and groundwater remediation projects.  Contaminants of concern included PCBs, VOCs, metals, petroleum hydrocarbons and SVOCs.
- Prepared detailed construction plans and specifications for various groundwater contamination remediation systems.  Projects ranged in size from 350 gpm up to 2,500 gpm.  Technologies implemented include separation, filtration, air stripping, chemical treatment with settling and carbon adsorption. Provided construction administration services throughout the construction period and performance monitoring for numerous groundwater remediation projects.
- Prepared process design schematics and installed several soil vapor extraction systems (SVE) for remediation of VOC contaminated soil.  Long-term performance monitoring and maintenance services were provided throughout operation.  One system integrated air sparging technology with the SVE.
- Participated in the completion of a RCRA facility investigation for a large industrial facility.  Primary focus of activity was related to investigations and evaluation of the potential for the presence of DNAPL in soil and groundwater.

*Water & Wastewater:*
- Completed detailed evaluations of water and wastewater facilities for a number of municipalities and provided recommendations for improvements and new facilities to upgrade their water supply, distribution and wastewater treatment and collection systems.
- Prepared detailed construction plans and specifications for plant-wide wastewater treatment facility upgrades at various activated sludge and filter bed water pollution control facilities.  Unit processes designed include settling, aeration, clarification, miscellaneous chemical feed, sludge stabilization, disinfection and filtration. Provided construction administration services throughout the construction period.
- Completed sludge treatment and disposal/reuse studies for various municipal water pollution control facilities with detailed cost/benefit evaluations and recommendations.
- Prepared detailed construction plans and specifications for numerous municipal and private sanitary sewer extensions including medium and small sewage pump stations.
- Prepared detailed construction plans and specifications for various water supply systems for municipalities and private developments.

