UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ )<br><br>LIBERTY MUTUAL INSURANCE )<br>COMPANY, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>THE BLACK & DECKER )<br>CORPORATION, BLACK & DECKER )<br>INC., BLACK & DECKER (U.S.) )<br>INC., EMHART CORPORATION, )<br>and EMHART, INC., )<br> )<br>Defendants. )<br>_____ ) | CIVIL ACTION<br>No. 96-10804-DPW<br><br>1:04-CV-10651-DPW<br>(Ansonia/Derby Site) |

**PLAINTIFF'S ASSENTED-TO MOTION FOR LEAVE
TO FILE MEMORANDUM OF LAW
IN EXCESS OF TWENTY PAGES**

Pursuant to Local Rule 7.1(B)(4), plaintiff, Liberty Mutual Insurance

Company ("Liberty Mutual"), hereby moves this Court for an Order granting

Liberty Mutual leave to file Its Reply Memorandum of Liberty Mutual Insurance

Company In Support of Its Motion for Summary Judgment Allocating and Limiting

Damages Payable for the Ansonia and Derby Sites, which exceeds twenty pages in

length.

As grounds for the instant motion, Liberty Mutual states that a significant

number of legal and factual issues must be addressed in the reply memorandum.

Liberty Mutual respectfully submits that a memorandum of law exceeding twenty

pages in length is necessary in order to provide a full explication of these issues to the Court.  The Defendants have assented to this motion.

WHEREFORE, Liberty Mutual respectfully requests that this Court issue an Order granting Liberty Mutual leave to file its Reply Memorandum of Liberty Mutual Insurance Company In Support of Its Motion for Summary Judgment Allocating and Limiting Damages Payable for the Ansonia and Derby Sites, in a form exceeding twenty pages in length.

LIBERTY MUTUAL INSURANCE COMPANY

By its attorneys,


_____/s/ Ralph T. Lepore III_____
Ralph T. Lepore III (BBO #294420)
Janice Kelley Rowan (BBO #265520)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700

Dated:  January 5, 2005

<u>LOCAL RULE 7.1(A)(2) CERTIFICATION</u>

I hereby certify that I conferred with counsel for defendants, Richard Binder, on January 5, 2005, and Mr. Binder assented to the filing of this motion.

_____/s/ Janice Kelley Rowan_____
Janice Kelley Rowan

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 5th day of January, 2005, I caused a copy of the foregoing motion to be served by hand upon counsel for defendants, Jack R. Pirozzolo, at Willcox, Pirozzolo and McCarthy, P.C., 50 Federal Street, Boston, MA 02110.

/s/ Janice Kelley Rowan
Janice Kelley Rowan

# 2508040_v1