UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE BLACK & DECKER CORPORATION, BLACK & DECKER, INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART, INC.,<br>　　　　　　　　　Defendants. | CIVIL ACTION<br>No. 96-10804-DPW<br><br>1:04-CV-10651-DPW<br>(Ansonia/Derby Site) |

**ASSENTED-TO MOTION OF LIBERTY MUTUAL INSURANCE COMPANY TO FILE UNDER SEAL ITS SUBMISSIONS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ALLOCATING AND LIMITING DAMAGES PAYABLE FOR THE ANSONIA AND DERBY SITES; SUBMISSIONS IN SUPPORT OF ITS MOTION TO STRIKE THE AFFIDAVIT OF RODNEY J. TAYLOR; AND ITS MOTION PURSUANT TO RULE 56(f) FOR FURTHER DISCOVERY REGARDING COSTS INCURRED AT THE ANSONIA AND DERBY SITES**

Pursuant to Local Rule 7.2, plaintiff, Liberty Mutual Insurance Company ("Liberty Mutual"), hereby moves for leave to file <u>under seal</u> Its Reply Memorandum of Liberty Mutual Insurance Company In Support of Its Motion for Summary Judgment Allocating and Limiting Damages Payable for the Ansonia and Derby Sites, Affidavit of Janice Kelley Rowan In Support of the Reply Memorandum of Liberty Mutual Insurance Company In Support of Its Motion for Summary

Judgment Allocating and Limiting Damages Payable for the Ansonia and Derby Sites, Motion of Plaintiff to Strike the Affidavit of Rodney J. Taylor, Liberty Mutual Insurance Company's Memorandum of Law in Support of Its Motion to Strike the Affidavit of Rodney J. Taylor, and Liberty Mutual Insurance Company's Motion Pursuant to Rule 56(f) For Further Discovery Regarding Costs Incurred at the Ansonia and Derby Sites (all collectively referred to as "Submissions"), because said documents contain references to other documents which were produced by defendants, The Black & Decker Corporation, et al. ("Black & Decker"), on a confidential basis pursuant to the Confidentiality Order in this lawsuit.

As grounds for this Motion, Liberty Mutual states as follows:

1.     In its Submissions, Liberty Mutual makes reference to, and appends copies as exhibits of certain documents which were produced on a confidential basis by Black & Decker pursuant to the Confidentiality Order in this case.   The parties have agreed to maintain the confidentiality of such documents in any filings with the Court.

2.      Accordingly, Liberty Mutual files this Motion to protect the allegedly confidential nature of the Black & Decker documents which, otherwise, would be available for inspection and copying by the general public.

3.     Liberty Mutual files this Motion in good faith, and not for the purpose of delay.  Black & Decker will not be prejudiced in any manner by Liberty Mutual's request, which is intended to protect Black & Decker's asserted confidentiality interests.

4.  Accordingly, pursuant to Local Rule 7.2, Liberty Mutual requests that the Court enter an Order authorizing the sealing of its Submissions.

5.  Liberty Mutual requests that the Court maintain the Submissions under seal until this action is closed.  At that time, Liberty Mutual requests that the Submissions be returned to the undersigned counsel.

6.  Black & Decker assents to this Motion to file the Submissions under seal.

WHEREFORE, Liberty Mutual Insurance Company respectfully requests that the Court grant this motion and require that the Submissions be kept under seal, and for such other and further relief as this Court deems just and proper.

**LIBERTY MUTUAL**
**INSURANCE COMPANY**

By its attorneys,

/s/ Ralph T. Lepore, III
Ralph T. Lepore, III (BBO #294420)
Janice Kelley Rowan (BBO #265520
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700

Dated:  January 5, 2005

- 4 -

## LOCAL RULE 7.1 CERTIFICATION

      I hereby certify that pursuant to Local Rule 7.1, I spoke with Richard L. Binder, counsel for Black & Decker, on January 5, 2005, and he agreed that this motion could be filed with the assent of the defendants.

                                          /s/ Janice Kelley Rowan

## CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of January, 2005, I caused a copy of the foregoing Assented to Motion to be served by hand upon Jack R. Pirozzolo, Esq., counsel to defendants, at Willcox, Pirozzolo & McCarthy, P.C., 50 Federal Street, Boston, MA 02110.

                                          /s/ Janice Kelley Rowan

2507794_v1