UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>THE BLACK & DECKER CORPORATION, )<br>BLACK & DECKER, INC., BLACK & DECKER )<br>(U.S.) INC., EMHART CORPORATION, and )<br>EMHART INDUSTRIES, INC., )<br>)<br>Defendants. )<br>) | C.A. No. 96-10804-DPW<br><br><br><br>C.A. No. 1:04-CV-10651-DPW<br>(Ansonia & Derby Sites) |

## MOTION OF BLACK & DECKER TO STRIKE EXPERT REPORT OF JAMES ROBERTSON

Pursuant to Federal Rules of Civil procedure 26 and 37 and Local Rule 16.1(D), defendants Black & Decker Corporation, et als. ("Black & Decker") hereby moves this Court to strike the Expert Report of James Robertson ("Robertson Report"), submitted by Liberty Mutual on January 5, 2005, in support of Liberty Mutual's Motion for Summary Judgment Allocating and Limiting Damages Payable for the Ansonia and Derby Sites (the "Sites").

As grounds therefore, all of which are more fully set forth below and in the accompanying memorandum of law, Black & Decker states that the Robertson Report is untimely as Mr. Robertson's designation and his report were filed subsequent to the October 24, 1997 deadline imposed by the Court's October 22, 1996 Scheduling Order.  Furthermore, even if the affidavit were submitted timely, it is not admissible under Fed. R. Civ. P. 702 for its failure to provide helpful information to the Court, for its lack of foundation and speculative nature, and for its lack of reliable methodology.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

Counsel for Black & Decker certifies that counsel have conferred and attempted in good faith to resolve or narrow the issues presented in this motion.

By their attorneys,

Dated: January 19, 2005

/s/ Jack R. Pirozzolo
Jack R. Pirozzolo, BBO# 400400
Richard L. Binder, BBO# 043240
Judith S. Ziss, BBO# 544937
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470