UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,   )<br>   )<br>Plaintiff,   )<br>   )<br>v.   )<br>   )<br>THE BLACK & DECKER CORPORATION,   )<br>BLACK & DECKER, INC., BLACK & DECKER   )<br>(U.S.) INC., EMHART CORPORATION, and   )<br>EMHART INDUSTRIES, INC.,   )<br>   )<br>Defendants.   )<br>   ) | CIVIL ACTION<br>NO. 96-10804-DPW<br>NO. 1:04-CV-10651-DPW<br>  [ANSONIA/DERBY, CT] |

**ASSENTED TO MOTION FOR LEAVE TO FILE UNDER SEAL
CERTAIN BLACK & DECKER FILINGS CONCERNING ITS SURREPLY
TO LIBERTY MUTUAL'S MOTION FOR SUMMARY JUDGMENT ALLOCATING
AND LIMITING DAMAGES PAYABLE FOR THE ANSONIA AND DERBY SITES**

Black & Decker, with the assent of Liberty Mutual, moves, pursuant to Local Rule 7.2, for leave to file under seal Black & Decker's Surreply Memorandum to Motion of Liberty Mutual for Summary Judgment Allocating and Limiting Damages Payable for the Ansonia and Derby Sites, as well as Black & Decker's Memorandum in Opposition to Motion of Liberty Mutual Insurance Company to Strike the Affidavit of Rodney J. Taylor and in Support of Motion of Black & Decker to Strike Expert Report of James Robertson. Said filings contain Liberty Mutual documents, and after a conference, Liberty Mutual has insisted that said documents be filed under seal. Pursuant to Local Rule 7.2, Black & Decker requests that this Court enter an Order authorizing the sealing of the memorandum and appendix.

2

    Black & Decker also requests that the Court maintain said documents under seal until this action is closed and, thereafter, that said documents be returned to counsel.

    By their attorneys,

| | |
|---|---|
| Dated: January 19, 2005 | /s/ Jack R. Pirozzolo<br>Jack R. Pirozzolo, BBO# 400400<br>Richard L. Binder, BBO# 043240<br>Judith S. Ziss, BBO# 544937<br>Willcox, Pirozzolo & McCarthy<br>Professional Corporation<br>50 Federal Street<br>Boston, Massachusetts 02110<br>(617) 482-5470 |