UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE BLACK & DECKER CORPORATION, ) <br> BLACK & DECKER, INC., BLACK & DECKER ) <br> (U.S.) INC., EMHART CORPORATION, and ) <br> EMHART INDUSTRIES, INC., ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 96-10804-DPW <br><br> C.A. NO. 1:04-CV-10651-DPW <br> (Ansonia & Derby Sites) |

**NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the following documents have been manually filed under seal with the Court and are available in paper form only.

- Black & Decker's Surreply to Motion of Liberty Mutual for Summary Judgment Allocating and Limiting Damages Payable for the Ansonia and Derby Sites; and,

- Black & Decker's Memorandum in Opposition to Motion of Liberty Mutual Insurance Company to Strike the Affidavit of Rodney J. Taylor and in Support of Motion of Black & Decker to Strike Expert Report of James Robertson.

The original documents are maintained in the case file in the Clerk's Office.

Dated: January 19, 2005

/s/ Jack R. Pirozzolo
Jack R. Pirozzolo, BBO# 400400
Richard L. Binder, BBO# 043240
Judith S. Ziss, BBO# 544937
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470
Attorneys for defendants