UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,   )<br>  )<br>        Plaintiff,   )<br>v.   )<br>  )<br>THE BLACK & DECKER CORPORATION,   )<br>BLACK & DECKER, INC., BLACK & DECKER   )<br>(U.S.) INC., EMHART CORPORATION, and   )<br>EMHART INDUSTRIES, INC.,   )<br>  )<br>        Defendants.   )<br>  ) | C.A. No. 96-10804-DPW<br><br>C.A. No. 1:04-CV-10651-DPW<br>(Ansonia & Derby Sites) |

## AFFIDAVIT OF RICHARD L. BINDER

Richard L. Binder deposes and says:

1. I am a member of the bar of this Commonwealth and am an attorney with Willcox, Pirozzolo & McCarthy, Professional Corporation, counsel for The Black & Decker Corporation, et als., in this action.

2. Exhibit A to Black & Decker's Surreply to Motion of Liberty Mutual for Summary Judgment Allocating and Limiting Damages Payable for the Ansonia and Derby Sites ("Surreply"), filed herewith, are certain true and accurate copies of excerpts from the transcript of the deposition of James Robertson, conducted in this action on January 14, 2005.

3. Exhibit B to the Surreply are certain true and accurate copies of excerpts from the transcript of the deposition of Rodney J. Taylor, conducted in this action on December 14, 2004.

2

4.	Exhibit C to the Surreply are certain true and accurate copies of excerpts from the transcript of the deposition of Elmer Portmann, and Exhibit 5 to that deposition, conducted in this action on January 11, 2005.

5.	Exhibit D to the Surreply are certain true and accurate copies of excerpts from the Appendix to the Black & Decker's Motion for Partial Summary Judgment, filed in this action on February 9, 1998.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 19, 2005.


/s/ Richard L. Binder
Richard L. Binder