UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> THE BLACK & DECKER CORPORATION, BLACK & DECKER INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART, INC., <br><br> Defendants. | CIVIL ACTION <br> No. 96-10804-DPW <br><br> 1:04-CV-10651-DPW <br> (Ansonia/Derby, CT Site) |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE MEMORANDUM OF LAW
IN EXCESS OF TWENTY PAGES**

Pursuant to Local Rule 7.1(B)(4), plaintiff, Liberty Mutual Insurance Company ("Liberty Mutual"), hereby moves this Court for an Order granting Liberty Mutual leave to file Liberty Mutual Insurance Company's Response to Black & Decker's Sur-Reply to Motion for Summary Judgment Allocating and Limiting Damages Payable for the Ansonia and Derby Sites, which exceeds twenty pages in length. Liberty Mutual has filed a separate motion seeking leave to file a response to Black & Decker's Sur-Reply, including the memorandum of law which is the subject of the instant motion.

As grounds for the instant motion, Liberty Mutual states that a significant number of legal and factual issues must be addressed in the response

memorandum. Liberty Mutual respectfully submits that a memorandum of law exceeding twenty pages in length is necessary in order to provide a full explication of these issues to the Court.

WHEREFORE, Liberty Mutual respectfully requests that this Court issue an Order granting Liberty Mutual leave to file Liberty Mutual Insurance Company's Response to Black & Decker's Sur-Reply to Motion for Summary Judgment Allocating and Limiting Damages Payable for the Ansonia and Derby Sites, in a form exceeding twenty pages in length.

LIBERTY MUTUAL INSURANCE COMPANY

By its attorneys,

/s/ Ralph T. Lepore III
Ralph T. Lepore III (BBO #294420)
Janice Kelley Rowan (BBO #265520)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700

Dated: March 2, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that I conferred with counsel for defendants, Richard Binder, by telephone on March 2, 2005, and Mr. Binder stated that Black & Decker could not assent to the filing of this motion.

/s/ Janice Kelley Rowan
Janice Kelley Rowan

- 3 -

## CERTIFICATE OF SERVICE

    I hereby certify that on this 2nd day of March 2005, I caused a copy of the foregoing motion to be served by hand upon counsel for defendants, Jack R. Pirozzolo, at Willcox, Pirozzolo and McCarthy, P.C., 50 Federal Street, Boston, MA 02110.

                                  /s/ Janice Kelley Rowan
                                  Janice Kelley Rowan

# 2659556_v1