UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br>            Plaintiff,<br><br>v.<br><br>THE BLACK & DECKER CORPORATION, BLACK & DECKER, INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART, INC.,<br>            Defendants. | CIVIL ACTION<br>No. 96-10804-DPW<br><br>1:04-CV-10651-DPW<br>(Ansonia/Derby, CT Site) |

**ASSENTED-TO MOTION OF LIBERTY MUTUAL INSURANCE COMPANY TO FILE UNDER SEAL LIBERTY MUTUAL INSURANCE COMPANY'S OPPOSITION TO BLACK & DECKER'S MOTION TO STRIKE EXPERT REPORT OF JAMES ROBERTSON, AND LIBERTY MUTUAL'S MOTION FOR LEAVE TO FILE RESPONSE TO BLACK & DECKER'S SUR-REPLY TO MOTION FOR SUMMARY JUDGMENT ALLOCATING AND LIMITING DAMAGES PAYABLE FOR THE ANSONIA AND DERBY SITES**

Pursuant to Local Rule 7.2, plaintiff, Liberty Mutual Insurance Company ("Liberty Mutual"), hereby moves for leave to file under seal Liberty Mutual Insurance Company's Opposition to Black & Decker's Motion to Strike Expert Report of James Robertson (the "Opposition"), and Liberty Mutual's Motion for Leave to File Response to Black & Decker's Sur-Reply to Motion for Summary Judgment Allocating and Limiting Damages Payable for the Ansonia and Derby

- 2 -

Sites (the "Motion for Leave"), because those documents attach and refer to expert reports and deposition transcripts which were generated on a confidential basis pursuant to the Confidentiality Order in this lawsuit.

As grounds for this Motion, Liberty Mutual states as follows:

1. Liberty Mutual's Opposition and Motion for Leave refer to the expert reports filed by Black & Decker's expert witness, Rodney Taylor, and also refer to and annex copies of the original and supplemental expert reports prepared by Liberty Mutual's expert witness, James A. Robertson, CPCU, ARM. These expert reports and deposition transcripts were generated on a confidential basis, pursuant to the Confidentiality Order in this case. The parties have agreed to maintain the confidentiality of such documents in any filings with the Court.

2. Accordingly, Liberty Mutual files this Motion to protect the confidential nature of the parties' experts' reports, and Mr. Robertson's deposition transcript.

3. Liberty Mutual files this Motion in good faith, and not for the purpose of delay. Black & Decker will not be prejudiced in any manner by Liberty Mutual's request, which is intended to protect the parties' asserted confidentiality interests.

4. Accordingly, pursuant to Local Rule 7.2, Liberty Mutual requests that the Court enter an Order authorizing the sealing of Liberty Mutual's Opposition, and the Motion for Leave.

5. Liberty Mutual requests that the Court maintain Liberty Mutual's Opposition and the Motion for Leave, including the memorandum of law, affidavit,

and Supplemental Expert Report attached to the Motion for Leave, in the event that said Motion is granted, under seal until this action is closed. At that time, Liberty Mutual requests that Liberty Mutual's Opposition and the Motion for Leave and its attachments be returned to the undersigned counsel.

6. Black & Decker assents to this Motion to file Liberty Mutual's Opposition and the Motion for Leave under seal.

WHEREFORE, Liberty Mutual Insurance Company respectfully requests that the Court issue an order:

1. requiring that Liberty Mutual's Opposition to Black & Decker's Motion to Strike Expert Report of James Robertson be kept under seal;

2. requiring that Liberty Mutual's Motion for Leave to File Response to Black & Decker's Sur-Reply to Motion for Summary Judgment Allocating and Limiting Damages Payable for the Ansonia and Derby Sites, together with the memorandum of law, Affidavit of Janice Kelley Rowan, and Supplemental Expert Report of James Robertson, CPCU, ARM attached thereto, be kept under seal; and

3. granting such other and further relief as this Court deems just and proper.

- 4 -

                                    **LIBERTY MUTUAL**
                                    **INSURANCE COMPANY**

                                    By its attorneys,

                                    /s/ Ralph T. Lepore, III
                                    Ralph T. Lepore, III (BBO #294420)
                                    Janice Kelley Rowan (BBO #265520
                                    HOLLAND & KNIGHT LLP
                                    10 St. James Avenue
                                    Boston, MA  02116
                                    (617) 523-2700

Dated:  March 2, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

     I hereby certify that pursuant to Local Rule 7.1(A)(2), I spoke with Richard L. Binder, counsel for Black & Decker, on March 2, 2005, and he agreed that this Motion for Leave to File Under Seal could be filed with the assent of the defendants.

                                    /s/ Janice Kelley Rowan


## CERTIFICATE OF SERVICE

     I hereby certify that on this 2nd day of March, 2005, I caused a copy of the foregoing Assented to Motion to be served by hand upon Jack R. Pirozzolo, Esq., counsel to defendants, at Willcox, Pirozzolo & McCarthy, P.C., 50 Federal Street, Boston, MA  02110.

                                    /s/ Janice Kelley Rowan

2659365_v1